Oct. 7, 1991. Denied.

■

**SPERRY CORPORATION, et al., petitioners, v. UNITED STATES.  No. 90–1667.**

Supreme Court of the United States.